| | |
|---|---|
| 1 | Wayne S. Kreger |
| | wkreger@maklawyers.com |
| 2 | Bevin Allen |
| | ballen@maklawyers.com |
| 3 | **MILSTEIN, ADELMAN, & KREGER, LLP** |
| | 2800 Donald Douglas Loop N |
| | Santa Monica, CA 90405 |
| 4 | (310) 396-9600 |
| | (310) 396-9635 (Fax) |
| 5 | |
| | Harold M. Hewell |
| 6 | hmhewell@hewell-lawfirm.com |
| | **HEWELL LAW FIRM, APC** |
| 7 | 402 W. Broadway, 4th Floor |
| | San Diego, CA 92101 |
| 8 | (619) 235-6854 |
| | (619) 235-9122 |
| 9 | |
| | Howard M. Rubenstein |
| 10 | howardr@pdq.net) |
| | 914 Waters Avenue, Suite 20 |
| | Aspen, Colorado 81611 |
| 11 | (832) 715-2788 (cell) |
| 12 | Dennis G. Pantazis |
| | Craig L. Lowell |
| 13 | **WIGGINS, CHILDS, QUINN & PANTAZIS, LLC** |
| | 309 19th Street North, |
| 14 | Birmingham, Alabama 35203 |
| | (205) 314-0500 |
| 15 | *Attorneys for Plaintiffs* |
| 16 | |
| 17 | Sidney K. Kanazawa (SBN 84608) |
| | skanazawa@mcguirewoods.com |
| | **McGUIREWOODS LLP** |
| 18 | 1800 Century Park East, 8th Floor |
| | Los Angeles, California 90067 |
| 19 | Telephone: (310) 315-8200 |
| | Facsimile: (310) 315-8210 |
| 20 | David J. Noonan (SBN 55966) |
| | djn@knlh.com |
| 21 | Jill E. Randall (SBN 229680) |
| | jrandall@knlh.com |
| 22 | **KIRBY NOONAN LANCE & HOGE LLP** |
| | 600 West Broadway, Suite 1100 |
| 23 | San Diego, California 92101-3387 |
| | Telephone (619) 231-8666 |
| 24 | Facsimile (619) 231-9593 |
| 25 | James C. Barton, Jr., Esq. (Bar Number: ASB-0237-B51J) |
| | jbartonjr@johnstonbarton.com |
| 26 | **JOHNSON BARTON PROCTOR & ROSE LLP** |
| | 569 Colonial Brookwood Center, Suite 901 |
| | Birmingham, AL 35209 |
| 27 | (205) 458-9441 (direct dial) |
| | (205) 458-9500 (fax) |
| 28 | *Attorneys for Defendant McNeil-PPC, Inc.* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ORTIZ, as an individual consumer and on behalf of ADRIAN ALEXANDER ORTIZ-FLORES, a minor; CHUCK TIDWELL, as an individual consumer and on behalf of WILLIAM TIDWELL, a minor; KRISTIN MATTHIS, as an individual consumer and on behalf of KENDALL MATTHIS, a minor and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br>vs.<br><br>MCNEIL-PPC, INC., a New Jersey corporation,<br><br>    *Defendant.* | CASE NO. 07 CV 0678 BEN (CAB) |
| JENNIFER POINTER, an Individual, and as Next Friend of MICHAEL POINTER, a Minor,<br><br>    *Plaintiffs,*<br>vs.<br><br>MCNEIL-PPC, INC.,<br><br>    *Defendant* | Case Number 08 CV 0536 BEN (CAB)<br><br>**JOINT MOTION FOR CONTINUANCE OF SCHEDULING ORDER DATES** |

1. This Joint Motion is submitted for the *Ortiz-Flores v. McNeil-PPC, Inc.*, Case No. 07 CV 0678 BEN (CAB), (S.D. Cal.) ("*Ortiz-Flores*") and *Pointer v. McNeil-PPC, Inc.*, Case No. 08 CV0536-BEN (CAB) ("*Pointer*") cases. As more specifically detailed below, this Joint Motion requests that certain dates contained in the Court's January 25, 2008 be continued due to events beyond the Parties' control.

2. Plaintiffs in the *Ortiz-Flores* and *Pointer* cases are referred to herein as "Plaintiffs."

3. Defendant McNeil-PCC, Inc. is a defendant in both cases and is referred to herein as "Defendant."

4. Plaintiffs and Defendant are referred to collectively herein as the "Parties."

5. This Court entered a Scheduling Order on January 25, 2008, assigning various deadlines in this matter.

6. The Scheduling Order includes a deadline of April 28, 2008 for Plaintiffs to file their Motion for Class Certification.

7. The Scheduling Order also provides for a Mandatory Settlement Conference on May 1, 2008 with Settlement Conference statements due on April 24, 2008.

8. Despite the Parties good faith efforts to complete all pre-certification discovery in this matter, events beyond the Parties' control are preventing the Parties from completing this discovery prior to the deadlines outlined above.

   A. The Parties are currently meeting and conferring regarding discovery propounded on Defendant. Plaintiffs contend that some information was not produced in accordance with the propounded discovery. Defendant is making a good faith effort to comply with Plaintiffs' requests and has indicated that further document production will be forthcoming;

   B. Plaintiffs have noticed the depositions of the person(s) most knowledgeable in key areas for the certification motion. Defendant is currently holding a multi-week company-wide meeting during which none of the employees noticed for deposition are available. Furthermore, Defendant is unable to confirm dates of availability for deposition of their employees until after the termination of these meetings. Defendant anticipates being able to provide dates

for deposition in the near future, but can not guarantee that these dates will provide sufficient time for Plaintiffs' to prepare their certification motion.

9. The Parties agree that a thirty (30) day continuance of the deadlines for the Class Certification Motion, the Mandatory Settlement Conference statement, as well as the date of the Mandatory Settlement Conference itself, should be sufficient to allow them to complete the above-mentioned discovery.

NOW, therefore, THE PARTIES AGREE AND JOINTLY MOVE:

1. The continued deadlines reference below are applicable to both the *Ortiz-Flores v. McNeil-PPC, Inc.*, Case No. 07 CV 0678 BEN (CAB), (S.D. Cal.) ("*Ortiz-Flores*") and *Pointer v. McNeil-PPC, Inc.*, Case No. 08 CV0536-BEN (CAB) ("*Pointer*") cases.

2. The deadline for Plaintiffs to file their Motion for Class Certification is hereby continued for 30 days. The new deadline for Plaintiffs to file this Motion is May 28, 2008.

3. The date of the Mandatory Settlement Conference is hereby continued for thirty (30) days. The new date for the Mandatory Settlement Conference, is June 2, 2008, or as soon thereafter as the Court's calendar allows.

4. In accordance with the Court's January 25, 2008 scheduling order, the Parties are to submit confidential settlement statements directly to chambers at least seven (7) calendar days prior the date set for the Mandatory Settlement Conference.

Dated: April 8, 2008                MILSTEIN, ADELMAN, & KREGER, LLP


By: /s/ Bevin Allen
   Bevin M. Allen
   Attorneys for Plaintiffs Ortiz-Flores and Pointer, et al.

Dated: April 8, 2008                MCGUIREWOODS LLP


By: /s/ Sidney Kanazawa (per email authority on April 8, 2008)
   Sidney K. Kanazawa
   Attorneys for Defendant
   McNeil-PPC, Inc.

4
JOINT MOTION FOR CONTINUANCE

# CERTIFICATE OF SERVICE

## THE UNITED STATES DISTRICT COURT FOR

## THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On April 8, 2008 I served the foregoing document described as:

**JOINT MOTION FOR CONTINUANCE OF SCHEDULING ORDER DATES**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

All Counsel (See Attached Service List)

xxxx (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on April 8, 2008, at **Santa Monica, California.**

------ (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

_____ (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_s/Bevin E. Allen_

Bevin E. Allen

1

| Sidney K. Kanazawa<br>Darrel C. Menthe<br>**McGUIREWOODS LLP**<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210<br>Email:<br>dmenthe@mcguirewoods.com<br>*Attorney for the Defense McNeil-PPC, Inc., Ortiz and Ortiz-Flores Action* | David J. Noonan<br>Jill E. Randall<br>**KIRBY NOONAN LANCE & HOGE LLP**<br>Diamond View Tower<br>350 10th Ave, Suite 1300<br>San Diego, CA 92101<br>Telephone: (619) 231-8666<br>Facsimile: (619) 231-9593<br>*Attorney for the Defense McNeil-PPC, Inc., Oritz and Ortiz-Flores Action* | James C. Barton, Jr.<br>**JOHNSON, BARTON, PROCTOR & ROSE LLP**<br>569 Colonial Brookwood Center, Suite 901<br>Birmingham, AL 35209<br>(205) 458 9441 (direct dial)<br>(205) 458-9000 (fax)<br>jbartonjr@johnstonbarton.com<br>*Attorneys for Defendant McNeil-PPC, Inc., Pointer action* |
|---|---|---|
| Craig L. Lowell, Esq.<br>Dennis G. Pantazis<br>**Wiggins, Childs, Quinn & Pantazis, LLC**<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama 35203<br>205-314-0500<br>205-254-1500 fax<br>clowell@wcqp.com<br>dpantazis@wcqp.com<br><br>*Attorney for Plaintiffs Pointer* | Howard M. Rubinstein<br>Attorney at Law<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>Tel: 832-715-2788<br><br>*Attorney for Plaintiffs Ortiz and Ortiz-Flores* | Harold M. Hewell<br>**Hewell Law Firm, APC**<br>402 West Broad Way 4th Floor<br>San Diego, CA 92101<br>Tel: 619-235-6854<br>Fax: 619-235-9122<br><br>*Attorney for Plaintiffs Ortiz and Ortiz-Flores* |