UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALEXANDER ORTIZ-FLORES, a minor by and through his guardian, Terry Ortiz; and TERRY ORTIZ, as an individual consumer and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCNEIL-PPC, INC. a New Jersey corporation,<br><br>Defendant. | Civil No.   07cv0678-BEN (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO FURTHER MODIFY DATES SET FORTH IN THE JANUARY 25, 2008 SCHEDULING ORDER**<br><br>[Doc. No. 46] |

On July 8, 2008, the parties jointly requested [Doc. No. 46] that the Court continue the pre-trial dates set forth in the January 25, 2008 Scheduling Order [Doc. No. 21]. On July 24, 2008, the Court held a Mandatory Settlement Conference.  The case did not settle so the Court addressed the request to continue dates. After consulting with counsel and considering the status of the case, and good cause appearing, the joint motion is **GRANTED**.

The plaintiffs' motion for class certification has been filed and, pending the outcome of that motion, all dates in the January 25, 2008 Scheduling Order [Doc. No. 21] are vacated.  The parties shall

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

contact the court within three days of the issuance of an order on the motion for class certification for a new Scheduling Order.

**IT IS SO ORDERED.**

DATED: July 25, 2008

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge